# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

**ROLAND BERNARD, III**            **CIVIL ACTION NO. 6:17-CV-0941**
                                                                  **SECTION P**

**VS.**                                                         **JUDGE ROBERT G. JAMES**

**EDWARD B. BROUSSARD, ET AL.**       **MAGISTRATE JUDGE WHITEHURST**

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 5] previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that Plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted pursuant to the provisions of 28 U.S.C. § 1915(e)(2).

**THUS DONE AND SIGNED** in Monroe, Louisiana, on this 3rd day of May, 2018.

_____
**ROBERT G. JAMES**
**UNITED STATES DISTRICT JUDGE**